**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00057-CV

**SHERRELLE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12C-012-2**

## ORDER

The Court has before it the request of Sherry Hooper, official court reporter for the County Court at Law No. 2, Kaufman County, for an extension of time in which to file the reporter's record. The Court **GRANTS** the motion and **ORDERS** Ms. Hooper to file the record within thirty days of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE